**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GORTZ ENTERPRISES, INC., *et al.*** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-7000** |
| | : | |
| **MDR UNITED LLC, *et al.*** | : | |

**ORDER**

This 8th day of October, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 17, is **GRANTED in part** as follows:

1) Claims arising out of the three franchise agreements encompassed within Exhibit N, ECF 71-1, are severed and must proceed through arbitration.
2) All claims against Joshua Hoffman are dismissed with prejudice.
3) Plaintiffs Bauer Industries' and THP Solutions' claims for breach of contract in Count III based upon a lack of support during the first year of the franchise are dismissed with prejudice as untimely.
4) Count V of the Complaint alleging violations of the Ohio Consumer Sales Protections Act is dismissed with prejudice.
5) Count VI of the Complaint alleging violations of the Virginia Business Opportunity Sales Act is dismissed with prejudice.

In all other respects the motion is denied.

/s/ Gerald Austin McHugh
United States District Judge